[No. 73452-1-I.   Division One.   May 8, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINGO
MONTAR-MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 14-1-00546-5, Susan K. Cook, J., entered April
30, 2015. *Affirmed* by unpublished opinion per Trickey,
A.C.J., concurred in by Cox and Schindler, JJ.

[No. 74329-5-I.   Division One.   May 8, 2017.]

JAMES WOODBURY, *Appellant*, v. THE CITY OF SEATTLE ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 14-2-28146-3, William L. Downing, J., entered
October 23, 2015. *Affirmed* by unpublished opinion per
Trickey, A.C.J., concurred in by Appelwick and Leach, JJ.

[No. 74405-4-I.   Division One.   May 8, 2017.]

*In the Matter of the Marriage of* HILLERY LORE NYE LEE,
*Appellant*, and RALPH BRYAN LEE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 13-3-10908-9, Julie A. Spector, J., entered Oc-
tober 20, 2015. *Reversed in part* and *remanded* by unpub-
lished opinion per Mann, J., concurred in by Schindler and
Spearman, JJ.

[No. 75631-1-I.   Division One.   May 8, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BARRY
SELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 12-1-03671-5, Edmund Murphy, J., entered
February 6, 2015. *Affirmed* by unpublished opinion per
Trickey, A.C.J., concurred in by Cox and Schindler, JJ.